**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **E-Z Rent A Car, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **d/b/a E-Z Rent A Car** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **59-3222538** |

| 4. | Debtor's address | **Principal place of business**<br><br>**2003 McCoy Road**<br>**Orlando, Florida 32809**<br>Number, Street, City, State & ZIP Code<br><br>**Orange County**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **https://www.e-zrentacar.com** |
|---|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1
60915/0001-20030626v1

Debtor  **E-Z Rent A Car, LLC**  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5321**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes

List all cases. If more than 1, attach a separate list

Debtor **See Rider 1** Relationship **Affiliate**
District _____ When _____ Case number, if known _____

Debtor  **E-Z Rent A Car, LLC**  Case number (*if known*)
Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes
   Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** (on a consolidated basis) | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☒ 200-999 | | |

| 15. | **Estimated Assets** (on a consolidated basis) | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** (on a consolidated basis) | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☒ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **E-Z Rent A Car, LLC**
Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/26/2020**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Matthew Pascucci**
Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X  **/s/ Justin R. Alberto**
Signature of attorney for debtor

Date  **05/26/2020**
MM / DD / YYYY

**Justin R. Alberto**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue, Suite 1410**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 651-2006**   Email address  **jalberto@coleschotz.com**

**DE 5126**
Bar number and State

# RIDER 1

## PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. A motion will be filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.

| Entity Name | Federal Employer Identification Number (EIN) |
|---|---|
| Advantage Holdco, Inc. | 46-4804832 |
| Advantage Opco, LLC | 30-0809101 |
| Advantage Vehicles LLC | 46-5546217 |
| E-Z Rent A Car, LLC | 59-3222538 |
| Central Florida Paint & Body, LLC | 57-1141183 |
| Advantage Vehicle Financing LLC | 47-2567263 |
| RAC Vehicle Financing, LLC | 84-3198375 |

# WRITTEN CONSENT OF THE SOLE MEMBER

## OF

## E-Z RENT A CAR, LLC

### March 26, 2020

The undersigned, being the sole member (the "**Member**") of E-Z Rent A Car, LLC, a Delaware limited liability company (the "**Company**"), hereby takes the following actions and adopts the following resolutions by written consent in lieu of a meeting; pursuant to Section 18-302 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 *et seq.*:

*Approval of Bankruptcy Filing and DIP Financing*

**WHEREAS**, the Member has reviewed and considered the materials presented by the Company's management and its financial and legal advisors regarding the potential present and future liabilities of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Member has determined that it is in the Company's best interest to commence a case (the "**Chapter 11 Case**") under chapter 11 of title 11 of the United States Code ("**Chapter 11**"); and

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Member it is desirable and in the best interests of the Company, its creditors, interest holders, and other interested parties, that the Company seek relief under the provisions of Chapter 11; and it is

**RESOLVED**, that any officer of the Company, including without limitation, the Chief Restructuring Officer appointed hereunder (each, an "**Authorized Person**"), shall be, and hereby is, authorized and directed on behalf of the Company to commence the Chapter 11 Case by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and it is further

**RESOLVED**, that each Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**") as may be deemed necessary or appropriate by the Authorized Person; and it is further

**RESOLVED**, that the Company be, and it hereby is, authorized, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any

Authorized Person, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents, and to take any and all actions that the Authorized Person deems necessary or appropriate; each in connection with the Chapter 11 Case, any post-petition financing or any cash collateral usage contemplated hereby; and it is further

**RESOLVED**, that to the extent not already authorized by prior resolution, each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the law firm of Cole Schotz P.C. to act as attorneys for the Company in connection with the Chapter 11 Case; and it is further

**RESOLVED**, that to the extent not already authorized by prior resolution, each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain Mackinac Partners, LLC ("**Mackinac**") to supply a Chief Restructuring Officer ("**CRO**") and related services to the Company, including certain additional personnel to assist the CRO, in connection with the Chapter 11 Case; and it is further

**RESOLVED**, that to the extent not already authorized by prior resolution, each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to designate and appoint Matthew Pascucci, a Senior Managing Director of Mackinac, to serve as an officer of the Company in the position of CRO, with such obligations and responsibilities deemed necessary and appropriate by the Member; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Case and attempting to achieve a successful reorganization; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

2

*Amendment to Company LLC Agreement*

**WHEREAS**, the Member has determined it to be in the best interests of the Company, the Member, and other interested parties that the Limited Liability Company Agreement of the Company (the "**Company LLC Agreement**") be amended to increase the efficiency of the Chapter 11 Case;

**NOW, THEREFORE, BE IT RESOLVED**, that pursuant to Section 12 of the Company LLC Agreement, the Company LLC Agreement is amended by adding the following Section 20 immediately after Section 19 thereof:

"20. <u>Events of Bankruptcy</u>. Notwithstanding any provision hereof to the contrary, under no circumstances shall any event of bankruptcy on the part of the Member, including without limitation any of the events listed in Section 18-304 of the Act, cause the Member to cease to be a member of the Company. In addition, notwithstanding any provision hereof to the contrary, the Company may put into effect and carry out any decrees and orders of a court or judge having jurisdiction over a proceeding pursuant to the Federal Bankruptcy Code, 11 U.S.C. §§ 101–1532, or any successor statute, in which proceeding an order for relief has been entered with respect to the Company, and may take any action provided or directed by such decrees and orders, in each case without a vote or other consent or approval by the Member."

*General Resolutions*

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that the foregoing resolutions of the Member may be executed or approved via facsimile or other electronic transmission (*e.g.*, .pdf or consent via email), which shall be deemed an original for all purposes.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned have executed this written consent to be effective as of the date first written above.

**MEMBER:**

ADVANTAGE OPCO, LLC

By: _____
Name: Alfred C. Farrell
Title: Chief Financial Officer

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ADVANTAGE HOLDCO, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-_____ (___)<br><br>(Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO
BANKRUPTCY RULES 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "**Debtor**") hereby state as follows:

1. A list of Advantage Holdco, Inc.'s equity interest holders, their addresses, and the nature of their equity interests is attached hereto as Exhibit A.

2. Advantage Holdco, Inc., whose address is 2003 McCoy Road, Orlando, Florida 32809, is the sole member of Debtors Advantage Opco, LLC and RAC Vehicle Financing, LLC.

3. Advantage Opco, LLC, whose address is 2003 McCoy Road, Orlando, Florida 32809, is the sole member of Debtors:

    a) Advantage Vehicle Financing LLC;

    b) E-Z Rent A Car, LLC;

    c) Central Florida Paint & Body, LLC; and

    d) Advantage Vehicles LLC.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Advantage Holdco, Inc. (4832); Advantage Opco, LLC (9101); Advantage Vehicles LLC (6217); E-Z Rent A Car, LLC (2538); Central Florida Paint & Body, LLC (1183); Advantage Vehicle Financing LLC (7263); and RAC Vehicle Financing, LLC (8375). The Debtors' address is 2003 McCoy Road, Orlando, Florida 32809.

## **EXHIBIT A**

| Name | Address | Shares of Common Stock | Common Share Percentage |
|---|---|---|---|
| Catalyst Fund Limited Partnership III | 181 Bay Street<br>Suite 4700, P.O. Box 792<br>Bay Wellington Tower<br>Brookfield Place<br>Toronto, Ontario<br>M5J 2T3 | 17.647058824 | 33.33% |
| Catalyst Fund Limited Partnership IV | 181 Bay Street<br>Suite 4700, P.O. Box 792<br>Bay Wellington Tower<br>Brookfield Place<br>Toronto, Ontario<br>M5J 2T3 | 35.294117647 | 66.67% |
| **Total** | | **52.941176471** | **100.00%**[1] |

---

[1] Rounded Common Share Percentages may not total 100%.

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   Advantage Holdco, Inc., et al. | |
| United States Bankruptcy Court for the:    District of Delaware | ☐ Check if this is an amended filing |
| Case Number (If known): | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                    12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ABERDEEN STANDARD INVESTMENTS, INC 1735 MARKET STREET, 32ND FLOOR PHILADELPHIA, PA  19103 | CONTACT: RAFAEL CASTRO PHONE: 646-829-3607 RAFAEL.CASTRO@ABERDEEN STANDARD.COM | LOAN | | | | $30,200,000.00 |
| 2 | HIGHWAY TOLL ADMINISTRATION, LLC 66 POWERHOUSE RD STE 301 ROSLYN HEIGHTS, NY  11577 | CONTACT: BRENDAN ASHE PHONE: 516-307-3623 BRENDAN.ASHE@VERRAMO BILITY.COM | TRADE DEBT | | | | $3,459,688.00 |
| 3 | PRICELINE.COM LLC 800 CONNECTICUT AVE ATTN: BILL JOSE, SVP, RENTAL CARS NORWALK, CT  06854 | CONTACT: BILL JOSE PHONE: (203) 299-8077 BILL.JOSE@PRICELINE.COM | TRADE DEBT | | | | $1,934,410.00 |
| 4 | R.P.S. 901 DEEP VALLEY DRIVE UNIT 103 ROLLNG HILLS ESTATES, CA  90274 | CONTACT: ROBERT WETHERELL PHONE: 310-850-4051 RWTHERS@GMAIL.COM | TRADE DEBT | | | | $1,482,013.00 |
| 5 | SCOTTSDALE INSURANCE COMPANY P.O. BOX 4120 SCOTTSDALE, AZ  85261-4120 | CONTACT: MICHEL MARTINEZ PHONE: 713-358-5749 MICHEL_MARTINEZ@AJG.CO M | INSURANCE | | | | $1,012,841.00 |
| 6 | ELEMENT FLEET MANAGEMENT CORP. 3 CAPITAL DRIVE EDEN PRAIRIE, MN  55344 | CONTACT: JEFF IVERSON PHONE: 952-828-2548 JIVERSON@ELEMENTCORP.C OM | TRADE DEBT | | | | $821,542.00 |
| 7 | AMADEUS IT GROUP SA SALVADOR DE MADARIAGA, 1 ATTN: LEGAL DEPARTMENT MADRID  28027  ES | CONTACT: SARA PUYOL PHONE: 34-915-820-100 SARA.PUYOL@AMADEUS.CO M | TRADE DEBT | | | | $789,486.00 |

Debtor: Advantage Holdco, Inc., et al.      Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  C3/CUSTOMERCONTACTCHANNELS, INC. 3400 LAKESIDE DRIVE MIRAMAR, FL  33027 | CONTACT: VULONIA JOUISSANCE PHONE: 954-577-7738 VULONIA.JOUISSANCE@C3CONNECT.COM | TRADE DEBT | | | | $690,379.00 |
| 9  TRAVELPORT, LP 300 GALLERIA PKWY 400 ATTN: STEVE MATISE ATLANTA, GA  30339 | CONTACT: STEVE MATISE PHONE: 800-537-3118 STEVE.MATISE@TRAVELPORT.COM | TRADE DEBT | | | | $639,245.00 |
| 10  SAFELITE FULFILLMENT, INC P.O. BOX 633197 CINCINNATI, OH  45263-3197 | CONTACT: ANTHONY HUNTER PHONE: 614-210-9813 ANTHONY.HUNTER@SAFELITE.COM | TRADE DEBT | | | | $520,176.00 |
| 11  HERTZ 8501 WILLIAMS RD ATTN: REAL ESTATE ESTERO, FL  33928 | CONTACT: ERIN HELFERT PHONE: 239-301-7245 EHELFERT@HERTZ.COM | FUEL | | | | $456,477.00 |
| 12  PEP BOYS P.O. BOX 8500-50446, REMITTANCE DEPT., PHILADELPHIA, PA  19178-0446 | CONTACT: SUSAN GARDNER PHONE: 303-946-8779 SUSAN_GARDNER@PEPBOYS.COM | TRADE DEBT | | | | $411,642.00 |
| 13  UNITED RENTAL GROUP LLC 1300 CONCORD TERRACE SUITE 120 SUNRISE, FL  33323 | CONTACT: ANDY WILSON PHONE: 954-368-7225 ANDY@UNITEDMILEFLEET.COM | LEASE | | | | $407,978.00 |
| 14  TSD RENTAL LLC 1620 TURNPIKE ST NORTH ANDOVER, MA  01845 | CONTACT: SHAWN CONCANNON PHONE: 978-794-1400 X.3 SCONCANNON@TSDWEB.COM | TRADE DEBT | | | | $401,949.00 |
| 15  SABRE GLBL, INC 3150 SABRE DRIVE CC: MANAGING DIRECTOR, TRAVEL SUPPLIER DISTRIBUTION ATTN: GENERAL COUNSEL SOUTHLAKE, TX  76092-2129 | CONTACT: BERNARD LAFOND PHONE: 1-866-464-6125 X.3565 BERNARD.LAFOND@SABRE.COM | TRADE DEBT | | | | $375,945.00 |
| 16  FLEET SERVICES HAWAII 875 ALA LILIKOI ST, APT 5 HONOLULU, HI  96818 | CONTACT: JOLYN VICTORINO PHONE: 808-762-9671 INVOICE@FLEETSERVICESHAWAII.COM | TRADE DEBT | | | | $299,202.00 |
| 17  EDS FACILITIES SERVICES, LMTD 400 GALLERIA PARKWAY STE 1820 ATLANTA, GA  30339 | CONTACT: JOSEAN GARCIA PHONE: 404-445-8399 X8106 SSMITH@EDSSERVICESOLUTIONS.COM | PROFESSIONAL SERVICES | | | | $296,748.00 |
| 18  EXULTANCY, INC. 5 INDEPENDENCE WAY STE 300 PRINCETON, NJ  08540 | CONTACT: MAKARAND DIWAN PHONE: 609-514-5111 MDIWAN@EXULTANCY.COM | TRADE DEBT | | | | $261,720.00 |

Debtor: Advantage Holdco, Inc., et al.                    Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | K.P. PROPERTIES<br>626 ISIS AVE.<br>ENGLEWOOD, CA 90301 | CONTACT: M KOPER<br>PHONE: 310-670-0026<br>MKOPER886@GMAIL.COM | RENT | | | | $246,881.00 |
| 20 | PERSUADE LOYALTY LLC<br>222 N 2ND ST STE 200<br>MINNEAPOLIS, MN 55401 | CONTACT: JOHN TSCHIDA<br>PHONE: 612-419-8463<br>JTSCHIDA@PERSUADELOYALTY.COM | TRADE DEBT | | | | $229,556.00 |
| 21 | LEVEL 3 COMMUNICATIONS LLC<br>1025 ELDORADO BLVD<br>BROOMFIELD, CO 80021 | CONTACT: SARAH COOPER<br>PHONE: 918-547-0478<br>SARAH.COOPER@CENTURYLINK.COM | TRADE DEBT | | | | $228,449.00 |
| 22 | FAREPORTAL INC<br>135 W 50TH ST STE 501<br>NEW YORK, NY 10020 | CONTACT: TOM SPAGNOLA<br>PHONE: 818-943-9594<br>TSPAGNOLA@FAREPORTAL.COM | TRADE DEBT | | | | $219,435.00 |
| 23 | RPM FREIGHT SYSTEMS<br>301 W. FOURTH, STE 200,<br>ROYAL OAK, MI 48067 | CONTACT: BRANDON GRITTINI<br>PHONE: 248-206-1016<br>BGRITTINI@LOADRPM.COM | TRADE DEBT | | | | $211,613.00 |
| 24 | CITY OF PHOENIX AVIATION DEPARTMENT<br>P.O. BOX 29110<br>PHOENIX, AZ 85038-9110 | CONTACT: NICOLE HERNANDEZ<br>PHONE: 602-273-3365<br>NICOLE.HERNANDEZ@PHOENIX.GOV | TRADE DEBT | | | | $197,313.00 |
| 25 | QU AGILE SOLUTIONS PVT, LTD.<br>51 OLD MAHABALIPURAM ROAD<br>SHOLINGAMLLUR<br>CHENNAI, HENNAI<br>INDIA | CONTACT: SIVA KUMAR<br>PHONE: 94-44-66255514<br>SIVAKUMAR.R@QUAGILESOLUTION.COM | TRADE DEBT | | | | $182,156.00 |
| 26 | CARTRAWLER<br>CLASSON HOUSE<br>DUNDRUM BUSINESS PARK<br>DUNDRUM, DUBLIN 14<br>IRELAND | CONTACT: CIARAN O'DONNELL<br>PHONE: 353 1 4999659<br>CODONNELL@CARTRAWLER.COM | TRADE DEBT | | | | $171,153.00 |
| 27 | SOUTHWEST.COM<br>P.O. BOX 97397<br>ATTN: REVENUE ACCOUNTING<br>DALLAS, TX 75397 | CONTACT: DENISE HIGDON<br>PHONE: 214-792-4030<br>DENISE.HIGDON@WNCO.COM | TRADE DEBT | | | | $169,654.00 |
| 28 | ARTHUR J GALLEGHER<br>39683 TREASURY CENTER<br>CHICAGO, IL 60694 | CONTACT: MICHEL MARTINEZ<br>PHONE: 713-358-5749<br>MICHEL_MARTINEZ@AJG.COM | INSURANCE | | | | $163,318.00 |
| 29 | AUTO EUROPE<br>39 COMMERCIAL ST.<br>PORTLAND, ME 04101 | CONTACT: BRIAN LITTLE<br>PHONE: 207-842-2201<br>BLITTLE@AUTOEUROPE.COM | TRADE DEBT | | | | $145,755.00 |
| 30 | SECURE PARKING USA, LLC<br>626 E. WISCONSIN AVE.<br>STE. 1410<br>MILWAUKEE, WI 53202 | CONTACT: RYAN HAWKEN<br>PHONE: 414-847-5723<br>RHAWKEN@SECUREPARKINGUSA.COM | RENT | | | | $142,585.00 |

Fill in this information to identify the case:

Debtor name: **Advantage Holdco, Inc., et al.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☒ Other document that requires a declaration    **Consolidated Corporate Ownership Statement and List of Equity Interest Holders Pursuant to Bankruptcy Rules 1007(a)(1), 1007(a)(3), and 7007.1**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/26/2020        X _/s/ signature_
                                Signature of individual signing on behalf of debtor

**Matthew Pascucci**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy
60915/0001-20044717v1